UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CENTRAL PRODUCE CORP,

                              Plaintiff,                                                **ORDER**

                    -against-                                            17-CV-3841 (LDH)

34-18 M&M CORP. et al.,

                              Defendants.
------------------------------------------------------------------x

**ROANNE L. MANN, CHIEF UNITED STATES MAGISTRATE JUDGE:**

      Currently pending before this Court, on a referral from the Honorable LaShann DeArcy Hall, is a motion filed by plaintiff Central Produce Corp. ("plaintiff") for default judgment against defendants 34-18 M&M Corp. ("M&M"), Frank's Caballito #2 Market Place, Inc. ("Frank's Caballito") and Frank Rodriguez (collectively, "defendants") for default judgment.

      Plaintiff is directed to supplement its submissions as follows by January 16, 2018 and to serve copies of those submissions on defendants. Specifically, plaintiff is directed to deliver to Chambers (and serve on defendants) a full set of the invoices summarized in Exhibit I to the Declaration of Gary Brown dated November 17, 2017, Electronic Case Filing Docket Entry ("DE") #14-9. In addition, by that same date, plaintiff shall serve and file a revised version of Exhibit I that provides separate listings for invoice amounts for goods ordered by M&M versus goods ordered by Frank's Caballito. Finally, plaintiff shall proffer evidence and legal authority to support its conclusory claim that M&M and Frank's Caballito are alter egos of one

another.

Defendants are directed to respond to plaintiff's motion for default judgment (and supplemental submissions) by February 6, 2018.

Plaintiff shall promptly serve copies of this order on defendants and file proof of service of the same.

**SO ORDERED.**

Dated: Brooklyn, New York
       December 29, 2017

/s/   *Roanne L. Mann*
**ROANNE L. MANN**
**CHIEF MAGISTRATE JUDGE**